RONALD H. FARAH, an Infant, by FRANCES FARAH, His Guardian ad Litem, Appellant, *v.* HENRY FARAH, Respondent.

Argued January 9, 1952; decided March 13, 1952.

*Bernard Kaufman* and *Bernard Pensak* for appellant.

*Edward Friedman, John J. Sullivan, Eugene J. Finnegan* and *Gabriel E. Torre* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. [See 303 N. Y. 1004.]